182 So. 86

### Hermit (Preach) NELSON v. STATE.

### 5 Div. 282.

Supreme Court of Alabama.

June 9, 1938.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

D. T. Ware, of Roanoke, for respondent.

GARDNER, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Nelson v. State, 182 So. 85.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.